UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

BERNARD HARDRICK #606507,

    Plaintiff,

v.

TIMOTHY WILSON et al.,

    Defendants.
_____ /

Case No. 2:24-cv-21

Honorable Paul L. Maloney

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On October 4, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 7).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Bernard Hardrick #606507 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.


Dated:  October 8, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge